YUNGMAN v BOARD OF LAW EXAMINERS. (Docket No. 57327.) Application for admission without examination is denied, without prejudice to a resubmission of the application after issuance of the amendments to the Rules for the Board of Law Examiners. Bruce Alexander Yungman, *in propria persona,* plaintiff. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Jann C. Ryan,* Assistant Attorney General, for defendant.

KAVANAGH, C. J., would grant the application.

FENTON v BOARD OF LAW EXAMINERS. (Docket No. 57498.) Petitioner's complaint in the nature of mandamus is denied. Richard Fenton, *in propria persona,* petitioner.

KAVANAGH, C. J., would grant mandamus.

MISUKIEWICZ v DEPARTMENT OF STATE HIGHWAYS. (Docket No. 58172.) Leave to appeal is considered and, it appearing to this Court that the case of *Peters v Department of State Highways* (Docket No. 56857) is presently pending on appeal before this Court and that the decision in that case may be decisive of the issues raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in that case. *Weinstein, Kroll & Gordon, P. C.,* for plaintiffs-appellants. Case below, Court of Appeals No. 19399, per curiam opinion of March 14, 1975.